<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7199**

---

KEDRIC LAMAR WHITMORE,

Petitioner - Appellant,

versus

CHARLES MOLONY CONDON, Attorney General of
South Carolina,

Respondent - Appellee.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Terry L. Wooten, District Judge.
(CA-01-4407-3-24BC)

---

Submitted:  October 10, 2002      Decided:  October 21, 2002

---

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Kedric Lamar Whitmore, Appellant Pro Se. Donald John Zelenka, Chief
Deputy Attorney General, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kedric Lamar Whitmore appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record accepting the recommendation of the magistrate judge and conclude that Whitmore has not made a substantial showing of the denial of a constitutional right. <u>See</u> <u>Whitmore v. Condon</u>, No. CA-01-4407-3-24BC (D.S.C. July 31, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal for the reasons stated by the district court. <u>See</u> 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2